```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                            Case No. 15-02422-MDF
Ruth N. Roldan                                                    Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1           User: MMchugh              Page 1 of 2        Date Rcvd: Jul 14, 2016
                               Form ID: ordsmiss          Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
```
db           +Ruth N. Roldan,    334 Garfield St,    York, PA 17401-2907
4656009      +Credit Bureau Of York,    33 S. Duke St,    York, PA 17401-1485
4656007       DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA  17401-1450
4702920       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
4656012      +Great Plains Lend,    PO Box 4115,    Concord, CA 94524-4115
4656013      +Kramer & Associates,    PO Box 505,    Linden, MI 48451-0505
4656015     ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
               RED BANK NJ 07701-5688
              (address filed with court: Met Ed,     PO Box 16001,    Reading, PA  19612)
4665513      +Met-Ed , A FirstEnergy Company,    331 Newman Springs Rd Building 3,    Red Bank, NJ 07701-5688
4656016      +Monterey Financial,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
4656018      +NTL Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4656019       NY State Higher Education,    99 Washington,    Albany, NY  12255-0001
4656020      +NYS HESC,    PO Box 645189,    Cincinnati, OH 45264-0001
4656017      +North Cash / North Star,    PO Box 498,    Itay's, MT 59527-0498
4656006      +Roldan Ruth N,    334 Garfield St,    York, PA 17401-2907
4656022      +The City Of York,    PO Box 1506,    York, PA 17405-1506
4656023      +Torres Credit Services,    27 Fairview,    Carlisle, PA 17015-3200
4658616      +U.S. Department of Housing and Urban Development,    U.S. Department of Housing and Urban Dev,
               451 7th Street S.W.,    Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4660443       EDI: AIS.COM Jul 14 2016 19:08:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4668052      +EDI: STFC.COM Jul 14 2016 19:08:00      CACH, LLC,    4340 S. Monaco Street,    2nd Floor,
               Denver, CO 80237-3485
4707693      +E-mail/Text: bncmail@w-legal.com Jul 14 2016 19:10:49      CERASTES, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4656008      +EDI: CAPITALONE.COM Jul 14 2016 19:08:00      Capital One Bank,    PO Box 30281,
               Salt Lake City, UT 84130-0281
4671987       EDI: CAPITALONE.COM Jul 14 2016 19:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
4656010       EDI: CCS.COM Jul 14 2016 19:08:00      Credit Collection Services,    PO Box 9134,
               Needham, MA  02494-9134
4656011      +EDI: DCI.COM Jul 14 2016 19:08:00      Diversified Consultants,    PO Box 551268,
               Jacksonville, FL 32255-1268
4656011      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 14 2016 19:10:58      Diversified Consultants,
               PO Box 551268,    Jacksonville, FL 32255-1268
4699367       EDI: MERRICKBANK.COM Jul 14 2016 19:08:00      MERRICK BANK,    Resurgent Capital Services,
               PO Box 10368,    Greenville, SC 29603-0368
4656014      +EDI: MERRICKBANK.COM Jul 14 2016 19:08:00      Merrick Bank,    PO Box 1500,
               Draper, UT 84020-1500
4705871       EDI: PRA.COM Jul 14 2016 19:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4656021      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 14 2016 19:10:54      Quicken Loans,
               1050 Woodward Ave.,    Detroit, MI 48226-1906
4662009      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 14 2016 19:10:54      Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond     on behalf of Debtor Ruth N. Roldan general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ruth N. Roldan<br>**Debtor(s)** | Chapter 13 |
| | Case No. 1:15−bk−02422−MDF |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: July 14, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk